805 A.2d 1206

IN THE MATTER OF ROGER C. PETERMAN,
AN ATTORNEY AT LAW.

September 19, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 02–057, concluding that **ROGER C. PETERMAN** of **HAWORTH,** who was admitted to the bar of this State in 1993, and who was thereafter temporarily suspended from the practice of law pursuant to *Rule* 1:20–13(b)(1) by Order of the Court filed December 5, 2001, and who remains suspended at this time, should be suspended from the practice of law for a period of six months for violating *RPC* 8.4(b) (commission of a criminal act that reflects adversely on his honesty, trustworthiness or fitness as a lawyer);

And the Disciplinary Review Board having further concluded that respondent should be required to undergo random drug testing supervised by the Office of Attorney Ethics for a period of one year;

And good cause appearing;

It is ORDERED that **ROGER C. PETERMAN** is suspended from the practice of law for a period of six months and until the further Order of the Court, retroactive to December 5, 2001; and it is further

ORDERED that respondent shall undergo random drug testing supervised by the Office of Attorney Ethics for a period of one year, commencing on December 5, 2002, or such other date on which respondent's one-year term of probation ends, and until the further Order of the Court; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.